■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUDEH HAMDAM, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 19, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Evans, Fein, Lynch and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS COLON, Appellant.—Judgment, Supreme Court, New York County, rendered on September 28, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Silverman, Markewich, Lynch and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEVELAND WHITE, Appellant.—Judgment, Supreme Court, New York County, rendered on June 1, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Lane and Sandler, JJ.

■ NEW YORK PRESS PUBLISHING Co., INC., et al., Appellants, v Mc-GRAW-HILL PUBLICATIONS Co. et al., Respondents.—Order, Supreme Court, New York County, entered on April 5, 1978, unanimously affirmed for the reasons stated by Hughes, J., at Special Term. Respondent McGraw-Hill, Inc., shall recover of appellants $60 costs and disbursements of this appeal. Concur—Birns, J. P., Fein, Lane and Sandler, JJ.